

# UNITED STATES DISTRICT COURT

## for the

FILED

2026 JAN -8  A 9: 26

## Eastern District of Virginia
## Alexandria Division

Zhao Liu,                                  )        Case No. 1:26-CV-45- PTG-WBP
Plaintiff, pro se,                         )
                                           )
v.                                         )        Jury Trial:  ☑Yes        ☐ No
                                           )
Antithesis Operations LLC,                 )
Defendant.                                 )

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., including the Pregnancy Discrimination Act ("PDA"), 42 U.S.C. § 2000e(k).

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3).

3. Venue is proper in this District because Defendant conducts business in the Eastern District of Virginia and the unlawful employment practices complained of were directed to and affected Plaintiff in this District.

### II. PARTIES

4. Plaintiff Zhao Liu is an individual residing in the Commonwealth of Virginia.

5. Defendant Antithesis Operations LLC is a limited liability company conducting business in Vienna, Virginia and is an employer within the meaning of Title VII.

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC").

7. The EEOC issued a Notice of Right to Sue, and this action is filed within ninety (90) days of Plaintiff's receipt of that notice.

1

## IV. STATEMENT OF FACTS

8. Beginning in or about August 2024, Defendant recruited Plaintiff for a senior engineering position based in Vienna, Virginia.

9. Plaintiff communicated with Megumi Suzuki, Defendant's Chief Operations Officer, who coordinated interviews and hiring logistics on Defendant's behalf.

10. Plaintiff progressed through multiple stages of Defendant's hiring process, including technical interviews and live coding exercises, and was repeatedly informed that he was advancing successfully.

11. On or about December 2, 2024, Defendant—through Ben Collins, Vice President of Engineering—extended Plaintiff a verbal offer of employment. At the time the verbal offer was extended, Defendant represented that Plaintiff's interview performance had been favorably received

12. Defendant represented that a written offer would follow and continued discussions with Plaintiff regarding compensation, benefits, and start timing.

13. On or about January 7, 2025, Defendant provided Plaintiff with a written offer of employment.

14. On January 10, 2025, Plaintiff participated in a telephone call with Youhana Naseim, the Hiring Manager.

15. During that call, Plaintiff disclosed that his wife was pregnant and expected to give birth in or about April 2025, and that Plaintiff anticipated a future need for parental leave.

16. Plaintiff made this disclosure in good faith, for purposes of transparency, and did not request any accommodation, modification of duties, or deviation from Defendant's existing leave policies.

17. Shortly after Plaintiff disclosed his wife's pregnancy and anticipated parental leave, Defendant ceased progressing the promised written offer.

18. On or about January 17, 2025, Defendant—through Megumi Suzuki, Director of Operations—formally informed Plaintiff in writing that Defendant had rescinded the employment offer.

19. Defendant asserted that the rescission was due to internal or organizational reasons.

20. After Defendant rescinded Plaintiff's offer, Defendant continued to recruit for engineering roles and remained engaged with external recruiters.

joshliu.zh@gmail.com

4

21. The close temporal proximity between Plaintiff's disclosure of his wife's pregnancy on January 10, 2025 and Defendant's rescission of the offer on January 17, 2025 supports a reasonable inference of discriminatory motive.

22. As a result of Defendant's actions, Plaintiff lost a concrete and substantial employment opportunity and suffered economic and emotional harm.

## V. CAUSE OF ACTION
### (Title VII – Sex and Pregnancy Discrimination)
23. Plaintiff incorporates by reference paragraphs 1 through 24.

24. Title VII, as amended by the Pregnancy Discrimination Act, prohibits discrimination based on pregnancy, childbirth, or related medical conditions, including discrimination based on association with a pregnant spouse.

25. Defendant rescinded Plaintiff's offer of employment because of Plaintiff's association with his pregnant spouse and anticipated parental leave.

26. Defendant's conduct constitutes unlawful sex-based and pregnancy-related discrimination in violation of Title VII.

## VI. DAMAGES
27. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff suffered lost wages, loss of employment benefits, emotional distress, and loss of future earning capacity.

## VII. RELIEF REQUESTED
WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff;
B. Award back pay and front pay;
C. Award compensatory and punitive damages as permitted by law;
D. Award costs and reasonable attorneys' fees pursuant to 42 U.S.C. § 2000e-5(k); and
E. Grant such other and further relief as the Court deems just and proper.

## VIII. JURY DEMAND
Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

Zhao Liu
Plaintiff, pro se
1732 Pimmit Drive
Falls Church, VA 22043
317 658 2627

1/8/2026

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alexandria_____DIVISION

_Zhao Liu_____
      Plaintiff(s),

v.

_Ansothesis Operations LLC_
      Defendant(s),

Civil Action Number: _1:26-CV-45_____

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of _Complaint for Employment Discrimination_
                                                 (Title of Document)

_Zhao Liu_____
Name of _Pro Se_ Party (Print or Type)

_____
Signature of _Pro Se_ Party

Executed on: _1/8/2026___ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
                                             (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of _Pro Se_ Party (Print or Type)

_____
Signature of _Pro Se_ Party

Executed on: _____ (Date)